# EXHIBIT 1

| State of Alabama<br>Unified Judicial System<br>Form C-88 Rev. 6/96 | STATEMENT OF CLAIM<br>(Complaint)<br>District Civil (Except Small Claims and Detinue Actions) | ELECTRONICALLY FILED<br>4/20/2012 1:26 PM<br>DV-2012-900150.00<br>29-DISTRICT COURT OF<br>ELMORE COUNTY, ALABAMA<br>900150.00 DOZIER, CLERK |
|---|---|---|

IN THE DISTRICT COURT OF  ELMORE  , ALABAMA
*(Name of County)*

MIDLAND FUNDING LLC  v.  JOE FAULK
**Plaintiff**  **Defendant**

Plaintiff's Address:
MIDLAND FUNDING LLC
8875 AERO DRIVE
STE 200
SAN DIEGO, CA 92123

Defendant's Address:
JOE FAULK
81 SUMMERFIELD CT
DEATSVILLE, AL 36022

Plaintiff's Attorney's Address:
G HAMPTON SMITH
2209 MORRIS AVENUE
BIRMINGHAM, AL 35203

## COMPLAINT

1. The Plaintiff claims the defendant owes the plaintiff the sum of $ 3851.34   because:
*(make a short and plain statement of the claim showing that the plaintiff is entitled to relief.)*

See Attached. Issuer is CAPITAL ONE BANK, the original creditor.

Zarzaur & Schwartz File Number: 10-26640

The plaintiff also claims from the defendant court costs n the sum of $ 240.00 , plus $ _____ for interest and $ _____ for attorney's fees.

/s/ LARRY DOZIER   By _____
Clerk

/s/ G HAMPTON SMITH
Plaintiff or Plaintiff's Attorney (Signature)

Clerk's Address:
ELMORE COUNTY JUDICIAL CENTER
P.O. BOX 310
WETUMPKA, AL 36092
Telephone Number: 334-567-1127

Attorney Code SMI012

(205) 250-8437
Plaintiff or Plaintiff's Attorney's Phone Number

## SUMMONS

To any sheriff or any person authorized by either Rules 4.1(b)(2) of the Alabama Rules of Civil Procedure to perfect service:
You are hereby commanded to serve this summons and complaint upon the above-named defendant.

## NOTICE TO DEFENDANT

THE COMPLAINT SET OUT ABOVE IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU ARE REQUIRED TO MAIL OR HAND DELIVER A COPY OF A WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT, TO THE PLAINTIFF (OR THE ATTORNEY FOR THE PLAINTIFF), AT THE ADDRESS NOTED ABOVE.

THIS ANSWER MUST BE MAILED OR HAND DELIVERED TO THE CLERK OF COURT AT THE ADDRESS BELOW WITHIN FOURTEEN (14) DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU, OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. (YOU MUST FILE THE ORIGINAL ANSWER WITH THE CLERK OF THIS COURT).

Dated 04/20/2012

/s/ LARRY DOZIER
Clerk of Court

ELMORE COUNTY JUDICIAL CENTER
P.O. BOX 310
WETUMPKA, AL 36092
Address of Clerk of Court

**ATTACHMENT TO COMPLAINT**
**CAUSES OF ACTION**

## CONTRACT

Defendant received and used the credit card provided by Issuer and thereby became obligated to pay for the charges incurred with the card. Issuer mailed to Defendant statements with sufficient postage reflecting the amount due. Defendant did not dispute the balance. Defendant accepted the contract with the Issuer by use of the card and became bound to pay for all charges incurred with the credit card. Defendant defaulted in the payment on the credit card. The defaulted and charged off account was assigned to the Plaintiff, which has the right to bring this action.

## ACCOUNT STATED

Plaintiff claims that the use of the credit card to purchase goods and services represented a periodic account, for which Issuer rendered monthly statements to Defendant. Defendant, to the best of Plaintiff's knowledge, did not dispute the amount shown to be owed to the Issuer. This account stated has been transferred to the Plaintiff.

## MONEY HAD AND RECEIVED

With each use of the credit card Issuer paid money on Defendants behalf to the merchant with whom the credit card was used by the Defendant to purchase goods and services.