IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JOE FAULK, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:13cv503-MHT |
| ) | (WO) |
| MIDLAND FUNDING LLC, ) | |
| ) | |
|    Defendant. ) | |

## ORDER

After an independent and de novo review of the record, it is ORDERED as follows:

(1) Defendant's objection (doc. no. 38) is overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 37) is adopted.

(3) Defendant's motion to dismiss (doc. no. 30) is denied, albeit with leave to renew its arguments in a motion for summary judgment.

(4) This case is referred back to the magistrate judge for further proceedings.

DONE, this the 30th day of September, 2015.

                                    /s/ Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE